

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00100-CV
_____

MARK J. MUELLER, Appellant

V.

JAMES H. DAVIS, INDIVIDUALLY, JAMES H. DAVIS
D/B/A J.D. MINERALS, AND JDMI, LLC, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 11-0858

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

The appellant, Mark J. Mueller, has filed a second motion to extend the deadline for filing his brief in this matter. The brief was originally due April 30, 2015, and is currently due June 1, 2015, after Mueller's first motion seeking an extension was granted.

In his motion, counsel does not provide the Court with a reasonable explanation of the need for an extension of time. This Court interprets Rule 10.5(b)(2) of the Texas Rules of Appellate Procedure as requiring counsel to provide specific information to justify a requested extension, including the cause numbers of cases in which other briefs were filed; the dates they were filed; the dates, cause numbers, and courts of matters scheduled for trial; the exact dates of trial (if known); the expected duration of trial; etc. Broad, general statements do not provide the required facts and are not adequate to meet the requirements of the Rule. *See* TEX. R. APP. P. 10.5(b)(2).

All future motions to extend time must contain case-specific information adequate to justify the request, or they will be denied.

In this instance, we grant Mueller's motion and extend the deadline for filing his brief by fifteen days, making the brief now due June 16, 2015. Absent extraordinary circumstances, further requests for extensions of time will not be granted.

IT IS SO ORDERED.


BY THE COURT

Date: June 2, 2015